UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

VINA HANNA,

    Plaintiff,

v.                                           Case No: 8:17-cv-684-T-30MAP

MAURY COBB, ATTORNEY AT LAW,
LLC and DOES 1-10, INCLUSIVE,

    Defendants.

## ORDER OF DISMISSAL

Before the Court is the Notice of Withdrawal of Complaint and Voluntary Dismissal of Action Without Prejudice (Dkt. #6). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1.     This cause is dismissed without prejudice.

2.     All pending motions are denied as moot.

3.     The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 16th day of May, 2017.

*[signature]*

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record